MARGO A. RAISON, COUNTY COUNSEL
By: Kyle W. Holmes, Deputy (SBN 288300)
Tara J. Wahl, Deputy (SBN 283910)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
Email: kholmes@kerncounty.com
Attorneys for County of Kern and Donny Youngblood

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA SCOTT, an Individual; KEATON EDWARD MONROE, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, a subdivision of the State of California; DONNY YOUNGBLOOD, an Individual; and DOES 1 through 50, Inclusive,<br><br>Defendant. | Case No. 1:24-CV-00423-KES-CDB<br><br>**STIPULATION TO RESCHEDULE MANDATORY SCHEDULING CONFERENCE; [Proposed] ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for their respective parties that the Initial Scheduling Conference, previously scheduled for July 9, 2024, at 9:00 a.m., be rescheduled to July 10, 2024, at 9:30 a.m. at the United States Courthouse, 510 19th Street (CDB), Bakersfield, before Magistrate Judge Christopher D. Baker.

Dated:  July 9, 2024                    LAW OFFICES OF HAYTHAM FARAJ

By: /s/ Hartham Faraj *
                                        Haytham Faraj, Esq
                                        Katherine Melik-Stepanyan, Esq
                                        Attorneys for Plaintiffs Dianna Scott and
                                        Keaton Edward Monroe

Dated:  July 9, 2024                    MARGO A. RAISON, COUNTY COUNSEL

By: /s/ Kyle W. Holmes
                                        Kyle W. Holmes, Deputy
                                        Tara J. Wahl, Deputy
                                        Attorneys for County of Kern and
                                        Donny Youngblood

*Counsel for Plaintiff authorized e-signature on 7/9/24

–1–

1

2                                   ~~[Proposed]~~ **ORDER**

3          The stipulation to continue the scheduling conference to July 10, 2024, at 9:30 a.m. is

4   **GRANTED.**

5

6   IT IS SO ORDERED.

7          Dated:   July 9, 2024          _____

8                                         UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Reschedule Mandatory Scheduling Conference