1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11    DIANNA SCOTT, et al.,                          No.  1:24-cv-00423-KES-CDB

12                     Plaintiffs,

13            v.                                      ORDER RELATING AND REASSIGNING
                                                      CASES
14    COUNTY OF KERN, et al.,

15                     Defendants.

16

17

18    ESTATE OF STEPHEN INGLE, by and
      through successors in interest, C.R.I., by and   No.  1:24-cv-00463-JLT-CDB
19    through Guardian Ad Litem, Elizabeth Leal,
      et al.,                                          **New Case No. 1:24-cv-00463-KES-CDB**
20
                       Plaintiffs,
21
              v.
22
      KERN COUNTY SHERIFF'S OFFICE, et
23    al.,

24                     Defendants.

25

26            Examination of the above-captioned actions reveals that they are related within the

27    meaning of the Local Rules.  "[B]oth actions involve similar questions of fact and the same

28    question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a

                                                     1

substantial savings of judicial effort." L.R. 123(a)(3).  Both cases arise from the same alleged

wrongful death incident and involve claimants to the estate of Stephen Ingle.  *See* L.R. 123(a)(4).

The assignment of these matters to the same judge is likely to effect a substantial savings of

judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be

assigned to the same judge—it does not consolidate the actions.  Under Rule 123, related cases

are generally assigned to the judge and magistrate judge to whom the first filed action was

assigned.

Good cause appearing, the court finds the above-captioned cases are related and hereby

ORDERS that Case No. 1:24-cv-00463-JLT-CDB be reassigned from District Judge Jennifer L.

Thurston to District Judge Kirk E. Sherriff.  The caption on documents filed in the reassigned

case shall show the new case number: 1:24-cv-00463-KES-CDB.

IT IS SO ORDERED.

Dated:   September 12, 2024

_____
UNITED STATES DISTRICT JUDGE

2