UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA SCOTT, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF KERN, et al.,<br><br>        Defendants. | No. 1:24-cv-00423-KES-CDB<br><br>**New Case No. 1:24-cv-00423-CDB**<br><br>ORDER GRANTING STIPULATION TO CONSOLIDATE RELATED CASES; ORDER REASSIGNING CASES<br><br><br>(Doc. 26) |
| ESTATE OF STEPHEN INGLE, by and through successors in interest, C.R.I., by and through Guardian Ad Litem, Elizabeth Leal, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>KERN COUNTY SHERIFF'S OFFICE, et al.,<br><br>        Defendants. | No. 1:24-cv-00463-KES-CDB<br><br>**New Case No. 1:24-cv-00463-CDB** |

On September 19, 2024 and September 20, 2024, the parties in *Scott, et al. v. County of*

1 | *Kern, et al.,* Case No: 1:24-cv-00423-KES-CDB and *Estate of Ingle, et al. v. County of Kern, et*
2 | *al.,* Case No. 1:24-cv-00463-KES-CDB, by and through their respective counsel of record, filed
3 | stipulations to consolidate the cases and consent to magistrate judge jurisdiction. *Scott, et al. v.*
4 | *County of Kern, et al.,* Case No: 1:24-cv-00423-KES-CDB, Doc. 26; *Estate of Ingle, et al. v.*
5 | *County of Kern, et al.,* Case No. 1:24-cv-00463-KES-CDB, Doc. 26.

Having considered the stipulations, the court grants the parties stipulations and orders that:

1. *Scott, et al. v. County of Kern, et al.,* Case No: 1:24-cv-00423-KES-CDB and *Estate of Ingle, et al. v. County of Kern, et al.,* Case No. 1:24-cv-00463-KES-CDB, are **CONSOLIDATED FOR ALL PURPOSES**. The case identified as *Scott, et al. v. County of Kern, et al.,* Case No. 1:24-cv-00423-KES-CDB will be designated the lead case, and all further records and documents filed in the above-entitled actions shall be filed in Case No. 1:24-cv-00423-KES-CDB.

2. IT IS FURTHER ORDERED that the consolidated actions be assigned to Magistrate Judge CHRISTOPHER D. BAKER as presiding judge of the consolidated actions. The parties stipulated their consent under Title 28, U.S.C Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. All further pleadings shall be numbered as follows: **1:24-cv-00423-CDB**.

IT IS SO ORDERED.

Dated:   September 24, 2024

_____
UNITED STATES DISTRICT JUDGE

2