UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA SCOTT, *et al.*,<br><br>             Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, *et al.*,<br><br>             Defendants. | Case No. 1:24-cv-00423-CDB<br><br>ORDER ON STIPULATED REQUEST TO AMEND SCHEDULING ORDER <u>AS MODIFIED</u><br><br>(Doc. 88) |

Pending before the Court is the parties' joint stipulated request to amend the scheduling order. (Doc. 88).

**<u>Background</u>**

Plaintiffs filed their consolidated first amended complaint ("FAC") on January 16, 2026. (Doc. 87). The parties filed the pending joint stipulated request that same day. (Doc. 88). In support of the request, the parties represent that Defendants' response to the FAC will be due January by 30, 2026, and, in the event Defendants elect to file a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure at that time, the motion "would not be briefed or ruled upon prior to the current [non-expert discovery deadline] of February 6, 2026." *Id.* at 2.

The parties provide that they will be severely prejudiced as the allegations against individual Defendants "may still not be set by the time non-expert discovery comes to a close." *Id.* at 2-3. The

parties state that they have been diligently pursuing discovery and, after reviewing amended discovery responses from Plaintiffs due on January 16, 2026, Defendants may require "additional discovery in the form of depositions, record subpoenas, and possibly additional written discovery." *Id.* at 3.

**Discussion**

The parties propose the following extended deadlines (*id.* at 3-4):

| Event | Current Date | New Date |
| --- | --- | --- |
| Non-Expert Discovery Deadline | 02/06/2026 | 09/19/2026 |
| Expert Disclosure Deadline | 02/20/2026 | 10/19/2026 |
| Rebuttal Disclosure Deadline | 03/20/2026 | 11/19/2026 |
| Expert Discovery Deadline | 04/24/2026 | 12/22/2026 |
| Non-Dispositive Motion Filing Deadline | 05/08/2026 | 01/11/2027 |
| Non-Dispositive Motion Hearing Deadline | 06/16/2026 | 02/15/2027 |
| Dispositive Motion Filing Deadline | 07/13/2026 | 03/15/2027 |
| Dispositive Motion Hearing Deadline | 08/18/2026 | 04/19/2027 |
| Pre-Trial Conference | 10/08/2026 | 06/07/2027 |
| Trial | 12/08/2026 | 08/16/2027 |

For good cause shown, the parties' stipulated request to amend the scheduling order will be granted as modified.

*Remainder of This Page Intentionally Left Blank*

2

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Docs. 29, 50) is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| 1.  Non-Expert Discovery Deadline | 02/06/2026 | **09/21/2026** |
| 2.  Expert Disclosure Deadline | 02/20/2026 | **10/19/2026** |
| 3.  Rebuttal Disclosure Deadline | 03/20/2026 | **11/19/2026** |
| 4.  Expert Discovery Deadline | 04/24/2026 | **12/22/2026** |
| 5.  Non-Dispositive Motion Filing Deadline | 05/08/2026 | **01/11/2027** |
| 6.  Non-Dispositive Motion Hearing Deadline | 06/16/2026 | **02/16/2027** |
| 7.  Dispositive Motion Filing Deadline | 07/13/2026 | **03/15/2027** |
| 8.  Dispositive Motion Hearing Deadline | 08/18/2026 | **04/26/2027** |
| 9.  Pre-Trial Conference | 10/08/2026 | **06/22/2027** |
| 10. Trial | 12/08/2026 | **08/16/2027** |

IT IS SO ORDERED.

Dated:    **January 20, 2026**    _____

UNITED STATES MAGISTRATE JUDGE

3