UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA SCOTT, *et al.*, | Case No. 1:24-cv-00423-CDB |
| Plaintiff, | ORDER ON STIPULATION TO FILE CONSOLIDATED SECOND AMENDED COMPLAINT |
| v. | |
| COUNTY OF KERN, *et al.*, | (Doc. 91) |
| Defendants. | |

On October 30, 2025, the Court issued its order granting the motion to dismiss filed by Defendants Kern County Hospital Authority, Jaspreet Singh and Leona Martin-Morales (Doc. 74), as well as its order granting in part the motion to dismiss filed by Defendants County of Kern, Kern County Sheriff's Office, Donny Youngblood, Robert Winn, Isaac Quiroz, Kyle McKeever, Jesse Norez, William Hinkle, Connor Bray, and Riley Haislip (collectively, the "County Defendants") (Doc. 73). The Court deferred ruling on the County Defendants' motion as it pertained to Plaintiffs' twelfth cause of action. *See id.* After directing the parties to submit supplemental briefing, the Court issued its order on the twelfth cause of action and granted Plaintiffs leave to amend the complaint. (Doc. 86). Plaintiffs filed their consolidated first amended complaint ("FAC") on January 16, 2026. (Doc. 87).

Pending before the Court is the parties' stipulated request for leave for Plaintiffs to file their consolidated second amended complaint and extend the time by which Defendants must file their

response thereto.  (Doc. 91).

Pursuant to the Local Rules of this Court, "[i]f filing a document requires leave of court, such as an amended complaint … counsel shall attach the document proposed to be filed as an exhibit to moving papers seeking such leave and lodge a proposed order as required by these Rules." Local Rule 137(c).  Failure to comply with Local Rule 137(c) is grounds for denial of a request to amend.  *See Herrera v. California Highway Patrol*, No. 1:15-cv-01882-TLN-SAB, 2017 WL 590244, at *2 (E.D. Cal. Feb. 14, 2017) ("When a party fails to comply with Local Rule 137(c), the party's request should be denied.").

Here, the parties' stipulated request fails to attach a copy of the proposed consolidated second amended complaint, in violation of Local Rule 137(c).  Thus, the Court will deny the stipulated request without prejudice to the parties filing a renewed stipulation attaching the proposed document.

**Conclusion and Order**

For the foregoing reasons, IT IS HEREBY ORDERED that the parties' stipulated request for leave for Plaintiffs to file a consolidated second amended complaint (Doc. 91) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:    **February 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2