UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA SCOTT, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF KERN, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:24-cv-00423-CDB<br><br>ORDER ON RENEWED STIPULATION FOR LEAVE TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT <u>AS MODIFIED</u><br><br>(Doc. 93)<br><br>**7-DAY DEADLINE** |

On October 30, 2025, the Court issued its order granting the motion to dismiss filed by Defendants Kern County Hospital Authority, Jaspreet Singh and Leona Martin-Morales (Doc. 74), as well as its order granting in part the motion to dismiss filed by Defendants County of Kern, Kern County Sheriff's Office, Donny Youngblood, Robert Winn, Isaac Quiroz, Kyle McKeever, Jesse Norez, William Hinkle, Connor Bray, and Riley Haislip (collectively, the "County Defendants") (Doc. 73). The Court deferred ruling on the County Defendants' motion as it pertained to Plaintiffs' twelfth cause of action. *See id.* After directing the parties to submit supplemental briefing, the Court issued its order on the twelfth cause of action and granted Plaintiffs leave to amend the complaint. (Doc. 86). Plaintiffs filed their first amended consolidated complaint ("FAC") on January 16, 2026. (Doc. 87).

Pending before the Court is the parties' renewed stipulated request for leave for Plaintiffs

to file their second amended consolidated complaint and extend the time by which Defendants must file their response thereto.  (Doc. 93).  The parties represent that they have met and conferred regarding deficiencies within the FAC in an effort to resolve those deficiencies without need to file any further motions to dismiss.  *Id.* at 2-3.

The parties attach to their filing a copy of Plaintiffs' proposed second amended consolidated complaint.  *Id.* at 8-62.  The parties request that Plaintiffs be provided 15 days after issuance of this order within which to file the proposed second amended consolidated complaint as a stand-alone docket entry, and Defendants be provided 15 days within which to file a response.  *Id.* at 4.

Having considered the parties' stipulated representations and the factors enunciated in *Western Shoshone Nat'l Council v. Molini,* 951 F.2d 200, 204 (9th Cir. 1991), *cert. denied*, 506 U.S. 822 (1992), the parties' request for Plaintiffs to have leave to amend the complaint will be granted.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. Within seven (7) days after issuance of this order, Plaintiffs SHALL FILE as a stand-alone docket entry the second amended consolidated complaint proposed in the parties' stipulation (Doc. 93 at 8-62); and

2. Defendants SHALL respond to the second amended consolidated complaint within 15 days of its service.  *See* Fed. R. Civ. P. 15(a)(3).

IT IS SO ORDERED.

Dated:   **February 18, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2