UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIANNA SCOTT, *et al.*,

Plaintiff,

v.

COUNTY OF KERN, *et al.*,

Defendants.

Case No. 1:24-cv-00423-CDB

ORDER ON STIPULATED REQUEST TO AMEND SCHEDULING ORDER AS MODIFIED

(Doc. 103)

Pending before the Court is the parties' joint stipulated request to amend the scheduling order to continue only the non-expert discovery deadline for the purpose of taking the depositions of Plaintiff Dianna Scott and her husband, non-party Jim Scott, filed on September 4, 2026. (Doc. 103). The parties represent that Mr. Scott has been injured, suffered serious injury, and has undergone three major surgeries and is unable to sit for his deposition currently set for September 17, 2026. *Id.* at 2. Plaintiff, being Mr. Scott's primary care giver, will also not be able to prepare for and attend her deposition on September 17, 2026. *Id.*

The parties stipulate and jointly request that the current Scheduling Order extend the non-expert discovery deadline by 60 days from September 21, 2026, to November 20, 2026, for the sole purpose of deposing Plaintiff and Mr. Scott. *Id.*

For good cause shown, the parties' stipulated request to amend the scheduling order will be granted.

**Conclusion and Order**

Good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 89) is amended to the following extent: non-expert discovery remains open beyond the existing deadline (September 21, 2026) for the sole purpose of completing the depositions of Plaintiff Dianna Scott and non-party Jim Scott by no later than November 20, 2026.

All other case management dates remain unchanged (*see* Doc. 89).

IT IS SO ORDERED.

Dated: **September 10, 2026**

UNITED STATES MAGISTRATE JUDGE